# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DAVE RENTERIA, <br><br> Plaintiff, <br><br> v. <br><br> MALDONADO, et al., <br><br> Defendants. | Case No. 1:17-cv-01451-JLT (PC) <br><br> **FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF** <br><br> **(Doc. 3)** <br><br> **21-DAY DEADLINE** <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE** |

On December 27, 2017, Plaintiff filed a motion for preliminary injunctive relief to keep the named defendants from having contact with him outside of a supervisor's presence. (Doc. 3.) As a threshold matter, Plaintiff must establish that he has standing to seek preliminary injunctive relief. *Summers v. Earth Island Institute*, 555 U.S. 488, 493-94, 129 S.Ct. 1142, 1149 (2009); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010). Plaintiff "must show that he is under threat of suffering an 'injury in fact' that is concrete and particularized; the threat must be actual and imminent, not conjectural or hypothetical; it must be fairly traceable to challenged conduct of the defendant; and it must be likely that a favorable judicial decision will prevent or redress the injury." *Summers*, 555 U.S. at 493 (citation and quotation marks omitted); *Mayfield*, 599 F.3d at 969.

Plaintiff's claims in this action arise from events that occurred at California State Prison in

1

Corcoran, California (CSP-Cor).  However, Plaintiff was subsequently transferred and is currently housed at the R.J. Donovan Correctional Facility in San Diego, California (RJD). Plaintiff thus lacks injunctive relief is not appropriate at this time. Further, to the extent that his motion seeks relief to remedy his conditions of confinement for the time he was at CSP-Cor, it was rendered moot on Plaintiff's transfer to RJD.  *See Dilley v. Gunn*, 64 F.3d 1365, 1368 (9th Cir. 1995); *Johnson v. Moore*, 948 F.2d 517, 519 (9th Cir. 1991).   Thus, Plaintiff's motion for a preliminary injunction should be denied.[1]

Accordingly, the Court **RECOMMENDS** that Plaintiff's motion for injunctive relief, filed on October 27, 2017 (Doc. 3), be **DENIED**.  The Clerk of the Court is directed to assign a District Judge to this case.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within 21 days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  Local Rule 304(b).  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

    Dated: __**August 2, 2018**__            ___**/s/ Jennifer L. Thurston**___
                                                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motion also fails to make the requisite showing, supported by admissible evidence, to obtain a preliminary injunction. *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20-4, 129 S.Ct. 365, 376 (2008).  However, it is unnecessary to reach the merits of Plaintiff's motions in light of the fact that Plaintiff lacks standing on this issue.