**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD DAVE RENTERIA, | Case No.: 1:17-cv-01451-LJO-JLT (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RONALD DAVE RENTERIA, CDCR #P-26757 |
| v. | |
| P. MALDONADO, | |
| Defendant. | |

The settlement conference in this matter concluded on May 23, 2019. Inmate Ronald Dave Renteria, CDCR #P-26757, is no longer needed by the Court as a participant in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **May 23, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE